# United States District Court

DISTRICT OF Massachusetts

FILED
IN CLERKS OFFICE

2004 JUL -7 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

Barrow Industries Inc.

V.

Kas Tex, LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 11301 NG

TO: (Name and address of defendant)

Kas Tex, LLC
5899 Downey Road
Vernon, CA 90058-3701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

I. Stephen Samuels
Samuels & Hiebert LLC
225 Franklin Street, Suite 3300
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  JUN 1 4 2004

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

04 11301 NG

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> SAMUELS & HIEBERT LLC. <br> 225 FRANKLIN STREET, #3300 <br> BOSTON, MA 02110 <br><br> TELEPHONE NO.*(Optional)* (617) 426-9181   FAX NO.*(Optional)* (617) 426-2275 <br> EMAIL ADDRESS*(Optional)*: <br> ATTORNEY FOR*(Name)*: | FOR COURT USE ONLY <br><br> FILED <br> IN CLERKS OFFICE <br><br> 2004 JUL -7 P 12: 20 <br><br> U.S. DISTRICT COURT <br> DISTRICT OF MASS |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: LOS ANGELES
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012-4793
BRANCH NAME: CALIFORNIA

| PLAINTIFF/PETITIONER: BARROW INDUSTRIES, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KAS TEX, LLC | 0411301NG |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 00016096-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents)*:
   SUBPOENA IN A CIVIL CASE; ; COMPLAINT

3. a. Party Served: *(specify name of party as shown on the documents served)*:
      KAS TEX, LLC

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:
      CHRISTINE COOK, PERSON AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:    5899 DOWNEY ROAD
                                          VERNON, CA                **(Business)**

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): June 21, 2004 (2) at (time): 12:35 pm

---

Judicial Council of California POS-010 <br>
[Rev. January 1, 2004] <br>
Form adopted by rule 982.9

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10