## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

FILED
ERKS OFFICE

2004 JUL -7 P 1: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| **BARROW INDUSTRIES LLC** | ) | |
| **Plaintiff** | ) | |
| v. | ) | **Case No. 04-11301-NG** |
| | ) | |
| **KAS TEX LLC** | ) | |
| **Defendant** | ) | |

## MOTION OF TIMOTHY M. MITCHELSON FOR LEAVE TO ADMIT *PRO HAC VICE* RYAN D. LAPIDUS AND DANIEL C. LAPIDUS

The Defendant, Kas Tex LLC through its local counsel Timothy M. Mitchelson hereby moves this Court for the admission of Attorneys Ryan D. Lapidus and Daniel C. Lapidus of the Firm Lapidus & Lapidus, Beverly Hills, CA ("Lapidus"), *pro hac vice* as counsel for Kas Tex in this matter. Plaintiff's complaint raises issues of federal copyright law. Lapidus has knowledge and experience necessary for the adequate representation of Kas Tex in this matter. Submitted with this motion are the Certifications of Attorneys Ryan D. Lapidus and Daniel C. Lapidus as to their admission and good standing in other jurisdictions and agreement to observe all rules of this Court. In addition, this motion will serve as my entry of an appearance in this matter as local counsel for Kas Tex.

Respectfully submitted,
KAS TEX LLC
By its local attorneys,

Timothy M. Mitchelson
Kevin M. Considine, P.C.
One Boston Place, 28th Floor
Boston, MA 02108
(617) 723-9900