UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **BARROW INDUSTRIES LLC**<br>Plaintiff<br>v.<br><br>**KAS TEX LLC**<br>Defendant | )<br>)<br>)  Case No. 04-11301-NG<br>)<br>)<br>) |

### *PRO HAC VICE* CERTIFICATE

In accordance with Rule 83.5.3(b) of the Local Rules for the United States District Court for the District of Massachusetts, I, Daniel C. Lapidus, do hereby certify:

1. I am counsel for the Defendant, Kas Tex LLC.

2. I am a member in good standing of bar for the State of Calfornia, SBN 227170.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

5. My application for leave to practice before this Court is on Motion of Timothy M. Mitchelson, Esquire, a member of the bar of this Court.

Respectfully submitted,

Daniel C. Lapidus
Lapidus & Lapidus
211 South Beverly Drive
Suite 205
Beverly Hills, CA 90212

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2004, I served a copy of the foregoing by regular mail upon:

I. Stephen Samuels, Esquire
Samuels, Gauthier & Stevens
225 Franklin Street
Suite 3300
Boston, MA 02110
(Counsel to the Plaintiff)

_____
Timothy M. Mitchelson

2