UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARROW INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAS TEX, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11301NG |

## MOTION OF THE DEFENDANT, KAS TEX, LLC, TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; NOTICE OF COMPLIANCE WITH LOCAL RULE 7.1; AND REQUEST FOR ORAL ARGUMENT

Defendant Kas Tex, LLC ("Kas Tex") hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the copyright claim asserted against it. As grounds therefore, and as set forth in greater detail in the Memorandum of Law and Affidavit of Ryan D. Lapidus, Esq. (attaching clearer color copies of the works at issue referenced in the Complaint as Exhibits A and C) submitted herewith, under the well-established law of copyright, Plaintiff Barrow Industries, Inc.'s ("Barrow") complaint does not give rise to any actionable claims, and should therefore be dismissed.

An indispensable hallmark of a potential copyright infringement is a "substantial similarity" between the copyrighted work and the allegedly infringing work. This "substantial similarity" characteristic is entirely lacking in the instant case. Because of the obvious and complete lack of a substantial similarity between the two tapestry

designs at issue (Lapidus Affidavit, Exhibits 1 and 2; Complaint, Exhibits A and C), this case is ripe for dismissal at this stage of the litigation. In essence, Barrow is asking the Court to compare apples and oranges. Regardless of how much litigation the parties pursue, the fundamental fact that there is no substantial similarity between the Plaintiff's M 5870 Design and the Defendant's Pratt Design cannot and will not change – continued litigation will not transform an apple into an orange. The two designs are what they are, and sufficient facts are available for the Court to determine this matter here and now. Now is therefore the time to end this case, before the parties and the Court are subjected to the needless waste of time and other resources that will undoubtedly result from the continued litigation of Barrow's unfounded copyright claim.

No amount of amended pleading can cure the fundamental legal defects that eviscerate Barrow's claim. In the interests of justice and judicial economy, Kas Tex respectfully requests that the Court dismiss with prejudice Barrow's claim in its entirety.

WHEREFORE, the Kas Tex respectfully requests that this Court enter an Order:

1. Dismissing Barrow's Complaint with prejudice and without leave to amend for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

2. For such other and further relief as the Court seems just and proper.

## RULE 7.1 CERTIFICATION

I, Ryan D. Lapidus, state that on various dates in July and August, 2004, including, most recently on July 26 and August 3, I exchanged email correspondence with counsel for Plaintiff, I. Stephen Samuels, in a good faith attempt to resolve or

narrow issues regarding this matter satisfying the meet and confer requirement of this Court.

## REQUEST FOR ORAL ARGUMENT

Because oral argument on the issues presented in this motion would assist the Court in determining the matter, Defendant Kas Tex hereby requests oral argument on this motion. Defendant is able to bring with it to the Court an actual fabric sample of its Pratt Design and requests that Plaintiff provide the Court with an actual fabric sample of its M 5870 Design should the Court allow oral argument.

DATED: August 4, 2004

KAS TEX, LLC
By their attorneys,

Ryan D. Lapidus (Cal. Bar No. 196838)
(pro hac vice application pending)
Daniel C. Lapidus (Cal. Bar No. 227170)
(pro hac vice application pending)
Lapidus & Lapidus
A Professional Law Corporation
211 South Beverly Drive, Suite 205
Beverly Hills, CA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Kevin M. Considine (BBO #542253)
Timothy M. Mitchelson (BBO #630331)
Kevin M. Considine, P.C.
One Boston Place – 28th Floor
Boston, MA 02108
617-723-9900

3