UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AUG 5   I 05 PM '04

| | |
|---|---|
| BARROW INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAS TEX, LLC, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-11301NG |

## AFFIDAVIT OF RYAN D. LAPIDUS, ESQUIRE
## IN SUPPORT OF MOTION TO DISMISS

I, Ryan D. Lapidus, under the pains and penalties of perjury, do hereby state as follows:

1. I am counsel to the Defendant, Kas Tex, LLC ("Defendant") in the above referenced matter through my law firm, Lapidus & Lapidus, P.L.C.

2. I am a member in good standing of the California Bar and have previously applied to practice before this Court in a *pro hac vice* capacity.

3. In accordance with the Federal Rules of Civil Procedure, I make this affidavit based upon my own personal knowledge. I write this affidavit to submit to the Court clear color reproductions of the works at issue in Plaintiff's Complaint for Copyright Infringement. I submit this affidavit because the exhibits to the Complaint (at least in the copy I have) are grainy, black and white and small and I wished the Court to have the benefit of reviewing the two works at issue in this copyright litigation in

conjunction with Defendant's Motion to Dismiss filed concurrently herewith which is premised on lack of substantial similarity.

4. I do hereby swear and affirm that a true and accurate 8 ½ by 11 inch color reproduction of the M 5870 Design (as referenced by Plaintiff in its Complaint as Exhibit 1), reduced to 19 percent of actual size (to demonstrate the "repeat"), is attached hereto and incorporated herein as **Exhibit 1**. I obtained a sample of the M 5870 Design from Barrow's counsel upon my request after the filing of the Complaint in this matter and had the sample scanned, reduced and copied by Kinko's in Los Angeles, California and then attached it hereto.

5. I do hereby swear and affirm that a true and accurate 8 ½ by 11 inch color reproduction of the Pratt Design (referenced by Plaintiff in its Complaint as Exhibit C), reduced to 30 percent of actual size (to demonstrate the "repeat"), is attached hereto and incorporated herein as **Exhibit 2**. I obtained a sample of the Pratt Design from Kas Tex, LLC, had the sample scanned, reduced and copied by Kinko's in Los Angeles, California and then attached it hereto.

*Signed under the pains and penalties of perjury this 4th day of August, 2004.*

Ryan D. Lapidus, Esq.