UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARROW INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAS TEX, LLC, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-11301NG |

### DEFENDANT KAS TEX, LLC'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant Kas Tex, LLC ("Defendant") hereby provides the following information to Plaintiff Barrow Industries, Inc. ("Plaintiff") pursuant to Rule 26(a)(1):

1. Defendant identifies the following individuals who are likely to have discoverable information to support Defendant's defenses:

    (a) Marcel Einhorn, Vice President of Defendant. Mr. Einhorn has knowledge of Defendant's Pratt Design.

    (b) Jack Cook, President of Defendant. Mr. Cook has knowledge of Defendant's Pratt Design.

2. A color photocopy of the Pratt Design has been previously provided to Plaintiff. Defendant will provide Plaintiff with a fabric sample upon request of Plaintiff. Defendant is investigating the existence of other documents.

3. Defendant considers this action without merit as there is no substantial similarity between the works at issue. Plaintiff intends on seeking its attorneys' fees pursuant to the Copyright Act and reserves the right to seek leave to obtain damages as applicable in this action or a later action.

4. Defendant has no knowledge of an insurance agreement of the type described in Rule 12(a)(1)(D).

Defendant hereby objects to the Plaintiff's Requests for Initial Disclosures served on December 10, 2004 (the "Requests") on the grounds that the Requests were premature (prior to the Rule 26(f) Early Meeting of Counsel) and, further, that they exceed the requirements of Rule 26(a)(1).

DATED: December 23, 2004

KAS TEX, LLC
By their attorneys,

Ryan D. Lapidus (Cal. Bar No. 196838)
(admitted pro hac vice)
Daniel C. Lapidus (Cal. Bar No. 227170)
(admitted pro hac vice)
Lapidus & Lapidus
A Professional Law Corporation
211 South Beverly Drive, Suite 211
Beverly Hills, CA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Kevin M. Considine (BBO #542253)
Timothy M. Mitchelson (BBO #630331)
Kevin M. Considine, P.C.
One Boston Place – 28th Floor
Boston, MA 02108
617-723-9900

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2004, I served a copy of the foregoing by regular mail upon:

I. Stephen Samuels, Esquire
Samuels, Gauthier & Stevens
225 Franklin Street
Suite 3300
Boston, MA 02110
(Counsel to the Plaintiff)

                                          _____
                                          Timothy M. Mitchelson