## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Barrow Industries Inc.**

Plaintiff

                                                  CIVIL ACTION

        V.

                                                  NO. 04-11301-NG

Kas Tex, LLC

Defendant

### SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

     The Court having been advised on January 10, 2005 that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                               By the Court,

    1/10/05                                                   s/Maryellen Molloy  
      Date                                                      Deputy Clerk

(30 DISM BARROW 1-10-05.wpd - 12/98)
[stlmtodism.]