FILED
IN CLERKS OFFICE

2005 JAN 28 P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barrow Industries Inc., <br> Plaintiff <br><br> v. <br><br> Kas Tex, LLC, <br> Defendant | Civil Action No. 04-11301-NG |

## STIPULATED VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(ii)

It is hereby stipulated by and between all of the parties, through their respective attorneys of record, as follows:

1. The above-captioned action, including the claims of all parties, is hereby dismissed, with prejudice.

2. Each party shall bear its own costs.

/s/ I. Stephen Samuels

I. Stephen Samuels
B.B.O. No. 440200
Samuels & Hiebert LLC
225 Franklin Street
Suite 3300
Boston, MA 02110
Tel: 617-426-9181 (Ext. 107)
Fax: 617-426-2275
Email: ISS@SamuelsTM.com
Attorney for Plaintiff

Timothy M. Mitchelson
B.B.O. No. 630331
Kevin M. Considine, P.C.
One Boston Place
28th Floor
Boston, MA 02108
Tel: 617-723-9900
Fax: 617-723-5700
Email: TMM@Kmcpclaw.com
Attorney for Defendant

/s/ Ryan D. Lapidus

Ryan D. Lapidus (pro hac vice)
Daniel C. Lapidus (pro hac vice)
Lapidus & Lapidus, P.L.C.
211 S. Beverly Drive, Ste. 211

Beverly Hills, CA 90212
Tel: 310-550-8700
Fax: 310-943-2471
Email: ryan@lapiduslaw.com
Email: dan@lapiduslaw.com
Attorney for Defendant

1020.05G